# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

v.                                                    **CIVIL ACTION NO. 1:19-CV-160**
                                                          **Hon. Irene M. Keeley**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16t day of February, 2021, I electronically filed the foregoing Certificate of Service for **"Amended Notice of Inspection by Plaintiff Cynthia D. Pajak"** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Justin M. Harrison, Esq. | Scott H. Kaminski, Esq. |
| Grace E. Hurney, Esq. | Ray, Winton & Kelley, PLLC |
| Jill E. Hall, Esq. | 109 Capitol Street, Suite 700 |
| Jackson Kelly PLLC | Charleston, WV 25301 |
| 500 Lee Street, East, Suite 1600 | |
| Post Office Box 553 | |
| Charleston, WV 25322 | |

I further certify that, on this same date, I served a full and complete copy of the foregoing upon counsel of record, by email and depositing a true copy thereof, in the United States mail, postage prepaid, to the address above.

                                                               /s/ *Allison B. Williams*
                                                               Allison B. Williams (WV Bar No. 11329)

12400246