IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CYNTHIA D. PAJAK,

        Plaintiff,

v.                                CIVIL ACTION NO. 1:19CV160
                                     (Judge Keeley)

UNDER ARMOUR, INC.;
UNDER ARMOUR RETAIL, INC.; and
BRIAN BOUCHER;

        Defendants.

## ORDER FOLLOWING MOTION HEARING

On March 5, 2021, the Court heard argument on the motion of the defendants, Under Armour, Inc., and Under Armour Retail, Inc. (collectively, "Under Armour"), to certify a legal question to the Supreme Court of Appeals of West Virginia (Dkt. No. 130) and the motion of the plaintiff, Cynthia Pajak ("Pajak"), for leave to amend her complaint to add claims of negligent spoliation and intentional spoliation, or in the alternative, for an adverse inference jury instruction at trial (Dkt. No. 267). During the hearing, Pajak withdrew her motion to amend her complaint to add claims of negligent spoliation.

After hearing argument, the Court:

- **FOUND** that Pajak had satisfied the standards set forth in Federal Rules of Civil Procedure 15(a) and 16(b);

- **GRANTED** Pajak's motion for leave to amend her complaint

**PAJAK V. UNDER ARMOUR, INC., ET. AL.**                          **1:19CV160**

### ORDER FOLLOWING MOTIONS HEARING

to add intentional spoliation claims against the defendants (Dkt. No. 267);

- **HELD IN ABEYANCE** Pajak's motion for an adverse inference jury instruction (Dkt. No. 267);

- **ORDERED** limited discovery for ninety (90) days for the purpose of developing Pajak's intentional spoliation claim; and

- **GRANTED** Under Armour's motion to certify a legal question to the West Virginia Supreme Court of Appeals (Dkt. No. 130).

It further **STAYS** the dispositive motions deadline.

It is so **ORDERED**.

The Clerk **SHALL** transmit copies of this Order to counsel of record.

DATED: March 8, 2021.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE