```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

**v.**                                     **CIVIL ACTION NO. 1:19-CV-160**
                                                             **(KLEEH)**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

## ORDER SCHEDULING DAUBERT HEARING

Pending before the Court are *Under Armour's Motion in Limine Under Daubert to Exclude Certain Testimony and Opinions of Plaintiff's Expert, Craig Corkrean* [ECF No. 689], *Under Armour's Motion in Limine Under Daubert to Exclude Testimony and Opinions of Plaintiff's Expert, Paul McVoy* [ECF No. 704], and *Cynthia D. Pajak's Motion to Exclude Heyward Bonyata, Esquire as an Expert Witness* [ECF No. 695]. The Court **SCHEDULES** a *Daubert* hearing to take up the motions on **August 23, 2022, at 10:00 A.M.,** at the **Clarksburg, West Virginia,** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** August 3, 2022

*/s/ Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA