```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

**v.**                        **CIVIL ACTION NO. 1:19-CV-160**
                                                   **(KLEEH)**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

## ORDER GRANTING REMOTE ACCESS TO EXPERTS FOR HEARING

Pending before the Court are *Under Armour's Motion for Leave for Expert Witnesses to Testify Remotely via Audiovisual Connection for Daubert Hearing* [ECF No. 726], and *Cynthia D. Pajak's Motion to Exclude Testimony of Under Armour's Expert P. Blazer Catzen During* Daubert *Hearing and Response to Under Armour's Motion for Expert Witnesses to Testify Remotely* [ECF No. 732]. For good cause shown, the Court **GRANTS** Under Armour's motion [ECF No. 726] and **GRANTS in part** Plaintiff's motion [ECF No. 732]. Plaintiff's motion is **HELD IN ABEYANCE** as to her request that P. Blazer Catzen be precluded from offering testimony to the Court during the Daubert hearing. ECF No. 732.

Therefore, Paul McVoy, Craig Corkrean, Heyward Bonyata, and P. Blazer Catzen may appear remotely to the Daubert hearing

scheduled for August 23, 2022, at 10:00 a.m., using the Zoom information provided below:

**By Video**
https://www.zoomgov.com/j/1615393258?pwd=RytYTGFhejlLTy9VRHFNVThnZ3o1QT09
Meeting ID: 161 539 3258
Passcode: 476312

**By Telephone**
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 161 539 3258
Passcode: 476312

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** August 19, 2022

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA