```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                             CLARKSBURG
```

**CYNTHIA D. PAJAK,**

      **Plaintiff,**

**v.**                               **CIVIL ACTION NO. 1:19-CV-160**
                                                         (KLEEH)

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

      **Defendants.**

## ORDER GRANTING DEFENDANTS' JOINT MOTION

On October 26, 2022, the Defendants jointly filed *Defendants' Joint Motion for Relief from Amended Scheduling Order Requirement that Persons with Full Settlement Authority be Present in Person for the Final Settlement Conference*. ECF No. 838. Defendants request their claims professionals be permitted to appear virtually to the final settlement conference on November 7, 2022, at the Clarksburg, West Virginia, point of holding court. Id. For good cause, the motion [ECF No. 838] is **GRANTED**. The claims professionals' remote attendance for the final settlement conference, which occurs in the second floor conference rooms, shall be arranged by counsel.

      It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

**DATED:** October 27, 2022

*Tom S Kleeh* (signature)
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA