IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

**v.**                                                 **CIVIL ACTION NO. 1:19-CV-160**
                                                                        **(KLEEH)**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

**ORDER CONTINUING JURY TRIAL**

It appearing to the Court that the jury trial in this matter, currently scheduled to begin on November 14, 2022, overlaps with a criminal jury trial also scheduled before this Court. For this reason and those discussed at the November 7, 2022, final pretrial conference, the Court hereby **CONTINUES** the jury trial to **9:30 a.m.** on **April 17, 2023**, at the Clarksburg, West Virginia point of holding court. The matter is scheduled for a **two (2) week** duration. The Court also **SCHEDULES** a voir dire conference at **9:00 a.m.** on **April 17, 2023**, in the Third Floor Magistrate Courtroom.

The Court shall convene a final pretrial conference at **11:00 a.m.** on **April 5, 2023**, at the Clarksburg, West Virginia, point of holding court. Finally, there being motions *in limine* pending before the Court that require an evidentiary hearing pursuant to

Rule 404(b) of the Federal Rules of Evidence, the Court hereby schedules an evidentiary hearing at **10:00 a.m.** on **March 16, 2023**, at the Clarksburg, West Virginia, point of holding court.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

**DATED:** November 10, 2022

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA