```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                     CLARKSBURG
```

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:19-CV-160**
　　　　　　　　　　　　　　　　　　　　　　　　　**(KLEEH)**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

### ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL

For reasons appearing to the Court, the final pretrial conference and jury trial in this matter are **CONTINUED GENERALLY.**

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record.

**DATED**: April 5, 2023

　　　　　　　　　　　　　　　　　　*/s/ Thomas S. Kleeh*
　　　　　　　　　　　　　　　　　　THOMAS S. KLEEH, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF WEST VIRGINIA