# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO. 1:19-CV-160**
                                                  **Hon. Thomas S. Kleeh**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

## STIPULATION TO AMEND PLEADINGS TO WITHDRAW SPOLIATION CLAIMS AND PLAINTIFF'S WITHDRAWAL OF MOTION FOR RELATED RELIEF

       Plaintiff Cynthia D. Pajak and Defendants Under Armour, Inc., Under Armour Retail, Inc. and Brian Boucher, by counsel, stipulate and agree pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, that Ms. Pajak hereby amends Plaintiff's Amended Complaint to withdraw the claims for intentional spoliation, as asserted in the Fifth and Sixth Counts of Plaintiff's Amended Complaint [ECF 291]. Additionally, Plaintiff hereby withdraws Cynthia D. Pajak's Renewed Motion for an Adverse Inference Jury Instruction Regarding Defendants' Spoliation of Evidence [ECF 902].

       Respectfully submitted this 2nd day of June, 2023.

*/s/ Justin M. Harrison*
Justin M. Harrison, Esq. (WV Bar No. #9255)
Grace E. Hurney, Esq. (WV Bar No. #12751)
Jackson Kelly PLLC
500 Lee Street, East, Suite 1600
Charleston, West Virginia 25322
Telephone: (304) 340-1358
justin.harrison@jacksonkelly.com

Amy Estelle Askew, Esq. (*admitted pro hac vice*)
Kramon & Graham, PA
1 South St., Suite 2600
Baltimore, Maryland 21202

1

aaskew@kg-law.com
*Counsel for Under Armour, Inc. and Under Armour Retail, Inc.*

*/s/ Scott Kaminski*
Scott Kaminski, Esq. (WV Bar No. #6338)
Ray, Winton & Kelley, PLLC
109 Capitol Street, Suite 700
Charleston, West Virginia 25301
Telephone: (304) 342-1141
scottkaminski@rwk-law.com
*Counsel for Defendant Brian Boucher*

/s/ *Larry J. Rector*
Larry J. Rector, Esq. (WV Bar No. 6418)
Amy M. Smith, Esq. (WV Bar No. 6454)
Allison B. Williams, Esq. (WV Bar No. 11329)
Dylan T. Hughes, Esq. (WV Bar No. 13893)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8151 (telephone)
larry.rector@steptoe-johnson.com
*Counsel for Plaintiff Cynthia D. Pajak*

4874-5094-8712.v1