**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**CYNTHIA D. PAJAK,**

      **Plaintiff,**

**v.**                                 **CIVIL ACTION NO. 1:19-CV-160**
                                               **(KLEEH)**

**UNDER ARMOUR, INC.,
UNDER ARMOUR RETAIL, INC.,
and BRIAN BOUCHER,**

      **Defendants.**

---

**ORDER**

---

The parties filed a joint stipulation to amend pleadings and withdraw a motion. ECF No. 952. Pursuant to the Local Rules, joint stipulation, and Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court **ADOPTS** the joint stipulation and Plaintiff's claims for intentional spoliation as asserted in the fifth and sixth causes of action in the Amended Complaint are hereby deemed **WITHDRAWN**. Likewise, the Renewed Motion for Adverse Jury Inference Instruction [ECF No. 902] is hereby deemed **WITHDRAWN**.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

**DATED:** June 6, 2023

_Tom S Kleeh_
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA