# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

v.                           **CIVIL ACTION NO. 1:19-CV-160**
                                       **Hon. Thomas S. Kleeh**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

## JOINT STIPULATION OF DISMISSAL

Plaintiff Cynthia D. Pajak and Defendants Under Armour, Inc., Under Armour Retail, Inc. and Brian Boucher, by counsel, file this agreed stipulation of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties stipulate and agree that all remaining claims pending in this case should be dismissed, with prejudice, and all parties to bear their own costs and attorneys' fees.

Respectfully submitted this 30th day of June, 2023.

*/s/ Justin M. Harrison*
Justin M. Harrison, Esq. (WV Bar No. #9255)
Grace E. Hurney, Esq. (WV Bar No. #12751)
Jackson Kelly PLLC
500 Lee Street, East, Suite 1600
Charleston, West Virginia 25322
Telephone: (304) 340-1358
justin.harrison@jacksonkelly.com

Amy Estelle Askew, Esq. (*admitted pro hac vice*)
Kramon & Graham, PA
1 South St., Suite 2600
Baltimore, Maryland 21202
aaskew@kg-law.com
**Counsel for Under Armour, Inc. and Under Armour Retail, Inc.**

1

*/s/ Scott Kaminski*
Scott Kaminski, Esq. (WV Bar No. #6338)
Ray, Winton & Kelley, PLLC
109 Capitol Street, Suite 700
Charleston, West Virginia 25301
Telephone: (304) 342-1141
scottkaminski@rwk-law.com
***Counsel for Defendant Brian Boucher***

/s/ *Allison B. Williams*
Larry J. Rector, Esq. (WV Bar No. 6418)
Amy M. Smith, Esq. (WV Bar No. 6454)
Allison B. Williams, Esq. (WV Bar No. 11329)
Dylan T. Hughes, Esq. (WV Bar No. 13893)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8151 (telephone)
larry.rector@steptoe-johnson.com
***Counsel for Plaintiff Cynthia D. Pajak***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CYNTHIA D. PAJAK,**

      Plaintiff,

v.                                   **CIVIL ACTION NO. 1:19-CV-160**
                                         Hon. Thomas S. Kleeh

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

      Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2023, I electronically filed the forgoing "Joint Stipulation of Dismissal" with the clerk of the Court by using the CM/ECF system, which will send automatic notice of the same to the following:

Larry J. Rector
Amy M. Smith
Allison B. Williams
Dylan T. Hughes
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
*Attorneys for Plaintiff*

Amy Estelle Askew
Kramon & Graham, PA
1 South St., Suite 2600
Baltimore, MD 21202

*Attorney for Under Armour, Inc. and Under Armour Retail, Inc.*

Scott Kaminski
Franki Parsons
Ray, Winton & Kelley, PLLC
109 Capitol Street, Suite 700
Charleston, WV 25301
*Attorneys for Brian Boucher*

                                         */s/ Justin M. Harrison*
                                         Justin M. Harrison, Esq. (WV Bar No. #9255)

4857-6059-5053.v1