IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**CYNTHIA D. PAJAK,**

    **Plaintiff,**

v.                                                      **CIVIL ACTION NO. 1:19-CV-160**
                                                                    **(KLEEH)**

**UNDER ARMOUR, INC.,**
**UNDER ARMOUR RETAIL, INC.,**
**and BRIAN BOUCHER,**

    **Defendants.**

## ORDER OF DISMISSAL

On June 30, 2023, Plaintiff and Defendants filed a *Stipulation of Dismissal* in which they stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to a dismissal of the action. ECF No. 954. This action is hereby **DISMISSED WITH PREJUDICE** from the Court's active docket. All pending motions are hereby **TERMINATED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented party by certified mail, return receipt requested.

**DATED:** July 5, 2023

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA